UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVOOD KHADEMI,<br><br>   Plaintiff,<br><br>   v.<br><br>NORTH KERN STATE PRISON, et al.,<br><br>   Defendants. | No.  1:21-cv-01261-DAD-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER<br><br>(Doc. Nos. 11, 16) |

Plaintiff Davood Khademi is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 27, 2022, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for a temporary restraining order be denied.  (Doc. No. 16.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service.  (*Id.* at 6.) To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the

1

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on April 27, 2022 (Doc. No. 16) are adopted;
2. Plaintiff's motion for a temporary restraining order (Doc. Nos. 11) is denied; and
3. The matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **May 23, 2022**

UNITED STATES DISTRICT JUDGE

2