UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVOOD KHADEMI,<br><br>Plaintiff,<br><br>v.<br><br>NORTH KERN STATE PRISON, et al.,<br><br>Defendants. | No. 1:21-cv-01261-ADA-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION TO REOPEN ACTION<br><br>(ECF No. 24) |

Plaintiff Davood Khademi is a former state prisoner who proceeded pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983, which the Court closed on September 28, 2022. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 17, 2023, the Magistrate Judge issued findings and recommendations recommending denial of Plaintiff's January 23, 2023 filing, which the Magistrate Judge construed as a motion to reopen the action. (ECF No. 24.) The findings and recommendations contained notice of a fourteen-day deadline within which Plaintiff could file objections. Plaintiff has not filed any objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. §636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly,

1. The findings and recommendations issued February 17, 2023, (ECF No. 24), are adopted, in full;

2. Plaintiff's January 23, 2023 filing, (ECF No. 23), construed as a motion to reopen the action, is denied; and

3. This action remains closed. The Court will not entertain or consider any further pleadings or motions.

IT IS SO ORDERED.

Dated:   March 30, 2023

_____
UNITED STATES DISTRICT JUDGE

2